**Leslie Clay KING, Plaintiff—Appellant,**

v.

**Robey C. LEE; Sherry McFeaters; Jane Doe, a/k/a R. Mac; Donald Lish, Defendants—Appellees.**

No. 04–7211.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 3, 2004.

Decided Dec. 13, 2004.

Leslie Clay King, Appellant, pro se.

Before WILKINSON and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leslie Clay King appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) action as frivolous pursuant to 28 U.S.C. § 1915(e)(2) (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See King v. Lee*, No. CA–04–414–1–H (E.D.N.C. July 7, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*